## Hames v. The State.

APPEAL from the Circuit Court of Jackson.

Tried before the Hon. JAMES A. BILBRO.

J. E. BROWN, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant, Andrew Hames, was indicted and tried for murder, was convicted of murder in the second degree, and sentenced to the penitentiary for ten years.

The judgment of conviction is reversed, because it is not shown affirmatively by the record that the defendant was present personally in court when the order setting the day for his trial was made, and when the jurors for his trial were drawn.—*Spicer v. The State*, 69 Ala. 159; *Sylvester v. The State*, 71 Ala. 17.

Opinion PER CURIAM.